ACCEPTED
03-14-00257-CV
4873387
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/14/2015 8:31:59 AM
JEFFREY D. KYLE
CLERK

# FREDERICK, PERALES, ALLMON & ROCKWELL, P.C.

707 Rio Grande, Suite 200
Austin, TX 78701
(512) 469-6000 Phone
(512) 482-9346 Fax

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/14/2015 8:31:59 AM
JEFFREY D. KYLE
Clerk

April 14, 2015

Mr. Jeffrey D. Kyle, Clerk of the Third Court of Appeals          *via e-file*
Price Daniel, Sr. Building, Room 101
209 W. 14th Street
Austin, Texas 78701

Re:     Court of Appeals No. 03-14-00257-CV; *Maverick County, et. al., v. Railroad Commission of Texas, et. al.*.

Dear Mr. Kyle:

In response to your letter dated March 24, 2015, please know that I intend to argue the above-referenced case before the Court on May 20, 2015 at 9:00 AM, on behalf of Appellant Maverick County. Please feel free to contact me if you have any questions.

Sincerely,

     /s/ David Frederick
David Frederick
*Frederick, Perales,*
*Allmon & Rockwell, P.C.*
707 Rio Grande, Ste. 200
Austin, Texas 78701
(512) 469-6000
(512) 482-9346 (facsimile)
dof@lf-lawfirm.com

# CERTIFICATE OF SERVICE

By my signature below, I certify that on this 14th day of April, 2015, a copy of the foregoing document was served upon the parties identified below via electronic service.

/s/ David Frederick
David Frederick

**FOR APPELLEES DOS REPUBLICAS COAL PARTNERSHIP, CAMINO REAL FUELS, LLC, AND NORTH AMERICAN COAL COMPANY:**
Bill Cobb
Chesley N. Blevins
Jackson Walker LLP
100 Congress Ave., Ste. 1100
Austin, TX 78701
Telephone (512) 236-2326
Facsimile (512) 691-4446
bcobb@jw.com
cblevins@jw.com

**FOR APPELLEE RAILROAD COMMISSION OF TEXAS:**
Cynthia Woelk
Nancy E. Olinger
Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548
Telephone (512) 453-2012
Facsimile (512) 457-4613
cynthia.woelk@texasattorneygeneral.gov
nancy.olinger@texasattorneygeneral.gov

**FOR APPELLANT CITY OF EAGLE PASS:**
Heriberto Morales Jr.
Stephen J. Ahl
Langely & Banack, Inc.
401 Quarry St.
Eagle Pass, TX 78852
Telephone (830) 773-6700
Facsimile (830) 757-4045
hmorales@langleybanack.com
sahl@langleybanack.com

**FOR APPELLANT MAVERICK COUNTY HOSPITAL DISTRICT:**
Celeste Lira
Brin & Brin
6223 IH-10 West
San Antonio, TX 78201
Telephone (210) 341-9711
Facsimile (210) 341-1854
clira@brinandbrin.com

**FOR APPELLANTS MAVERICK COUNTY ENVIRONMENTAL AND PUBLIC HEALTH ASSOCIATION AND GEORGE BAXTER:**

Javier Riojas
Texas RioGrande Legal Aid, Inc.
542 E. Main
P.O. Box 2001
Eagle Pass, TX 78853
Telephone (830) 752-6400
Facsimile (830) 773-5806
jriojas@trla.org

Enrique Valdivia
Texas RioGrande Legal Aid, Inc.
1111 N. Main Avenue
San Antonio, TX 78212
Telephone (210) 212-3700
Facsimile (210) 212-3772
evaldivia@trla.org

Thomas M. Weber
Paul R. Tough
McElroy, Sullivan, Miller, Weber &
Olmstead, LLP
P.O. Box 12127
Austin, TX 78711
Telephone (512) 327-8111
Facsimile (512) 327-6566
tweber@msmtx.com
ptough@msmtx.com